IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

RECEIVED

2005 OCT -3 P 4: 49

WILLIAM RANDOLPH HALL, SR., )
As the Administrator of the Estate of )
WILLIAM RANDOLPH HALL, JR. )
)
    Plaintiff, )
)
vs. )    CIVIL ACTION NO. CV-2005-098
)
PFIZER INC; )
PHARMACIA CORPORATION; )
MONSANTO COMPANY; )
G.D. SEARLE, LLC; )
ROBERT VANDELUNE; SAMUEL )
KLEMENT; JAMIE PEACOCK; )
BEN MCCLURKIN, ROD MCWHORTER;)
AND TIFFANY GUCKENBERY )
)
    Defendants. )

## STATE COURT PROCEEDINGS NOTICE OF REMOVAL

Notice is hereby given pursuant to 28 U.S.C. § 1441 *et seq.* that Defendants have filed a

Notice of Removal of this action in and to the United States District Court for the Middle District

of Alabama, Northern Division on the 3rd day of October, 2005, a copy of which is attached. A

copy of said Notice of Removal has been served on all counsel of record. In accordance with 28

U.S.C. § 1446, the Circuit Court for Bullock County, Alabama shall proceed no further with the

action bearing docket number CV 05-098.

Respectfully submitted,

Lawrence B. Clark   (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Michael L. Wade, Jr. (WAD-020)
Attorneys for G.D. Searle LLC, Pharmacia
Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

        I hereby certify that I have served a copy of the above pleading upon all counsel of record
by placing a copy of same in the United States Mail on this the 3RD day of October, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

                                OF COUNSEL

510661-1                                    2