IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM RANDOLPH HALL, SR., As the Administrator of the Estate of WILLIAM RANDOLPH HALL, JR. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:05-CV0841 F |
| PFIZER INC; PHARMACIA CORPORATION; MONSANTO COMPANY; G.D. SEARLE, LLC; ROBERT VANDELUNE; SAMUEL KLEMENT; JAMIE PEACOCK; BEN MCCLURKIN, ROD MCWHORTER; AND TIFFANY GUCKENBERY | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Received 2005 OCT -3 P 4:49

### CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorney for Defendants, hereby certify that on October 3, 2005, pursuant to 28 U.S.C. § 1446(d), Defendants caused to be filed with the Clerk of Court for the Circuit Court for Bullock County, Alabama, a copy of the Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division, herein attached.

Respectfully submitted,

Lawrence B. Clark    (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Michael L. Wade, Jr. (WAD-020)
Attorneys for G.D. Searle LLC, Pharmacia
Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all counsel of record by depositing a copy of same in the United States mail, properly addressed and postage prepaid on this 3rd day of October, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P. O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL