IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 OCT -3 P 4: 49

| | |
|---|---|
| WILLIAM RANDOLPH HALL, SR., ) <br> As the Administrator of the Estate of ) <br> WILLIAM RANDOLPH HALL, JR. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PFIZER INC; ) <br> PHARMACIA CORPORATION; ) <br> MONSANTO COMPANY; ) <br> G.D. SEARLE, LLC; ) <br> ROBERT VANDELUNE; SAMUEL ) <br> KLEMENT; JAMIE PEACOCK; ) <br> BEN MCCLURKIN, ROD MCWHORTER; ) <br> AND TIFFANY GUCKENBERY ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:05CV0841-F |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants G.D. Searle LLC, Pharmacia Corporation (formerly known as Monsanto Company), and Pfizer Inc., submit this Corporate Disclosure Statement, and state:

1. Pfizer Inc., does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc. Defendant Monsanto Company, as an entity relevant to this action, changed its name to Pharmacia Corporation in 2000, the same entity herein described.

3. G.D. Searle LLC, is a wholly-owned third tier subsidiary of Pharmacia Corporation.

Dated this 3RD day of October 2005.

                                  Respectfully submitted,

                                  *[signature]*

Lawrence B. Clark    (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Michael L. Wade, Jr. (WAD-020)
Attorneys for G.D. Searle LLC, Pharmacia Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 3rd day of October, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

                                  *[signature]*
                                  OF COUNSEL