## DOCKET NO. 1203

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, ROBERT R. MERHIGE, JR., WILLIAM B. ENRIGHT, CLARENCE A. BRIMMER, JOHN F. GRADY, BAREFOOT SANDERS AND LOUIS C. BECHTLE,* JUDGES OF THE PANEL

## TRANSFER ORDER

Presently before the Panel are a total of five motions, pursuant to Rule 12, R.P.J.P.M.L., 147 F.R.D. 589, 596 (1993), by plaintiffs in the eighteen actions listed on the attached Schedule A seeking to vacate the Panel's orders conditionally transferring their respective actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before Judge Louis C. Bechtle. Defendant American Home Products Corporation and/or one or more of its related entities have responded in opposition to all five motions to vacate and in support of transfer of all eighteen actions to the Eastern District of Pennsylvania. Defendant SmithKline Beecham Corporation has responded in opposition to the motions to vacate in the Eastern District of Louisiana and District of Wyoming actions and in support of transfer of those two actions to the Eastern District of Pennsylvania.

On the basis of the papers filed,[1] the Panel finds that these eighteen actions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of these eighteen actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order (as amended) directing centralization in this docket. *See In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, 1998 WL 12070 (J.P.M.L.). We note that the various jurisdictional or quasi-jurisdictional motions — for remand to state court, voluntary dismissal or joinder of additional defendants — pending in many of these

---

*   Judge Bechtle took no part in the decision of this matter.

[1]   The parties to these eighteen actions waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 147 F.R.D. 589, 600-01 (1993).

- 2 -

actions can be presented to and decided by the transferee court. *See, e.g., In re Ivy,* 901 F.2d 7, (2nd Cir. 1990); *In re Air Crash Disaster at Florida Everglades on December 29, 1972,* 368 F.Supp. 812, 813 (J.P.M.L. 1973).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the eighteen actions listed on the attached Schedule A be, and the same hereby are, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Louis C. Bechtle for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

John F. Nangle
Chairman

SCHEDULE A

MDL-1203 — In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation

Eastern District of Louisiana

Penny L. Herman v. American Medical Group, Inc., et al., C.A. No. 2:97-3387

Southern District of New York

Vincent Maddi v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7533
Angela Migliozzi, et al. v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7548
Maribel Ruiz-Gonzalez v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7549
Angelo G. Pastora, et al. v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7550
Grace Seifert v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7551
Sharon A. Myers v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7552
Gloria Baldwin v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7553
Jeffrey Doris, et al. v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7554
Rose T. Pearson, et al. v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7555
William Saccone, et al. v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7556
Donna Oliva, et al. v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 1:97-7557
Maria Maira, et al. v. A.H. Robins Co., Inc., C.A. No. 1:97-7852
Joe Maira, et al. v. A.H. Robins Co., et al., C.A. No. 1:97-7854
John A. LaMacchia v. A.H. Robins Co., Inc., et al., C.A. No. 1:97-7855

Western District of Oklahoma

Jean Witt v. American Home Products Corp., C.A. No. 5:97-1897

Western District of Texas

Kelly Beth Ritter v. Wyeth-Ayerst Laboratories Co., et al., C.A. No. 7:97-185

District of Wyoming

Christina Heller v. Gate Pharmaceuticals, et al., C.A. No. 2:97-230