# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 13, 2005

TO INVOLVED JUDGES

Re: MDL-1699—In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule of Actions)

Dear Judges:

Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

If you have a motion pending -- such as a motion to remand to state court (if the action was removed to your court) -- you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

Please feel free to contact our staff in Washington with any questions.

Kindest regards,

Wm. Terrell Hodges
Chairman

Page 1 of 2

## SCHEDULE OF ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Northern District of Alabama
    *Martha Ann Lemond, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:05-691 (Judge L. Scott Coogler)

District of Arizona
    *Dorothy Greaves v. Pfizer, Inc., et al.*, C.A. No. 2:05-647 (Judge Roslyn O. Silver)

Central District of California
    *John Bolwell, et al. v. Pfizer, Inc.*, C.A. No. 2:05-1967 (Judge Audrey B. Collins)

Northern District of California
    *June Swan, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-834 (Judge Charles R. Breyer)

District of Connecticut
    *Kenneth Kaye, et al. v. Pfizer, et al.*, C.A. No. 3:05-385 (Judge Stefan R. Underhill)
    *Irene Bailey, et al. v. Pfizer, Inc., et al.*, C.A. No. 3:05-386 (Judge Mark R. Kravitz)

District of Delaware
    *Ronnie L. Hatcher v. Pfizer, Inc.*, et al., C.A. No. 1:05-208 (Judge Sue L. Robinson)

Northern District of Florida
    *Marie McConnell v. Pfizer, Inc.*, C.A. No. 3:05-123 (Judge C. Roger Vinson)

Southern District of Florida
    *Aurora Balloveras v. Pfizer, Inc.*, C.A. No. 1:05-20429 (Judge Adalberto Jordan)

Eastern District of Louisiana
    *Gloria Ward v. Pfizer, Inc.*, C.A. No. 2:04-3469 (Judge Stanwood R. Duval, Jr.)
    *Elmer E. Creel, Sr., et al. v. Pfizer, Inc.*, C.A. No. 2:04-3470 (Judge G. Thomas Porteous, Jr.)
    *Carol J. Aiola v. Pfizer, Inc.*, C.A. No. 2:05-1207 (Judge Stanwood R. Duval, Jr.)
    *Ronald J. Babin v. Pfizer, Inc.*, C.A. No. 2:05-1208 (Judge Stanwood R. Duval, Jr.)
    *Deborah Ann Woodberry v. Pfizer, Inc.*, C.A. No. 2:05-1350 (Judge Mary Ann Vial Lemmon)
    *Terry Bridges v. Pfizer, Inc.*, C.A. No. 2:05-1353 (Judge Ivan L.R. Lemelle)
    *George Hoffman v. Pfizer, Inc.*, C.A. No. 2:05-1354 (Judge Lance M. Africk)
    *Helen Anna Todini v. Pfizer, Inc.*, C.A. No. 2:05-1367 (Judge Sarah S. Vance)
    *Betty A. Alexander, et al. v. Pfizer, Inc.*, C.A. No. 2:05-1720 (Judge Marcel Livaudais, Jr.)

Middle District of Louisiana
    *Ronald W. Abel, etc. v. Pfizer, Inc.*, C.A. No. 3:05-258 (Judge Frank J. Polozola)

Western District of Louisiana
    *William Doss Turner v. Pfizer, Inc.*, C.A. No. 1:05-619 (Judge Dee D. Drell)
    *Yvonne Clark v. Pfizer, Inc.*, C.A. No. 1:05-620 (Judge Dee D. Drell)

District of Massachusetts
    *Healthcare For All, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-10707 (Judge Douglas P. Woodlock)

Eastern District of Michigan
    *Linda A. Walters, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-71434 (Judge Robert H. Cleland)

Schedule of Actions MDL-1699                                                                 Page 2 of 2

**District of Minnesota**
    *Loretta M. Harris v. Pfizer, Inc.*, C.A. No. 0:05-728 (Judge Michael J. Davis)

**Eastern District of New York**
    *Melissa Kelly, et al. v. Pfizer, Inc.*, C.A. No. 1:05-949 (Judge David G. Trager)

**Southern District of New York**
    *ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc., et al.*, C.A. No. 1:05-3803 (Judge Laura T. Swain)
    *Steamfitters' Industry Welfare Fund, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-3814 (Judge Richard J. Holwell)
    *Sheet Metal Workers' International Assn. v. Pfizer, Inc., et al.*, C.A. No. 1:05-4125 (Judge Peter K. Leisure)

**Northern District of Ohio**
    *Theresa Blatnik, et al. v. Pfizer, Inc.*, C.A. No. 1:05-900 (Judge Kathleen McDonald O'Malley)

**Eastern District of Texas**
    *George Carey, et al. v. Pfizer, Inc., et al.*, C.A. No. 6:05-81 (Judge Michael H. Schneider)

**Northern District of Texas**
    *James Booker v. Merck & Co., Inc., et al.*, C.A. No. 3:05-496 (Judge Ed Kinkeade)

**Southern District of Texas**
    *Ronald L. Baker, et al. v. Pfizer, Inc.*, C.A. No. 3:05-206 (Judge Hayden W. Head, Jr.)