IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDOLPH HALL, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv941-F |
| | ) |
| PFIZER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

On 7 October 2005, the plaintiff filed a Motion to Remand (Doc. #7) along with a brief in support of the motion in the above-styled case. Therefore, it is

ORDERED that on or before 14 November 2005, the defendants shall respond to the plaintiff's motion to remand along with their brief and supporting evidentiary materials.

DONE this 24th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE