We dedicate ourselves to humanity's quest for longer, healthier, happier lives through innovation in pharmaceutical, consumer and animal health products.   Site Map | Privacy

Search Pfizer.com 



Find a Career at Pfizer
- ▶ Working for Pfizer Pharmaceutical Sales
  - ▪ Training & Development
  - ▪ An Average Day
  - ▪ Benefits & Compensation

Pfizer Pharmaceutical Sales Home
Careers Home
Back to Pfizer.com

# Working for Pharmaceutical Sales

Home > Working for Pfizer Pharmaceutical Sales

### Independence Goes With the Territory

Why do so many of Pfizer's Health Care Representatives love their work? Because sales is the one area of business that requires independence, entrepreneurial skills, creativity, and competitiveness. In short, being a Health Care Representative for Pfizer is a lot like running your own business-while having access to the benefits and resources of the fastest-growing pharmaceutical company in the world. And the entrepreneurship begins with managing your territory.



As a Health Care Representative, you'll take responsibility for a specific sales territory (generally identified by zip codes). Most territories involve minimal overnight travel-- usually no more than two or three nights per month, on average. Typically, your territory base will consist of 250 physicians on average and 30 to 40 other types of accounts, including large Community Hospitals, Outpatient Clinics, and other specialty types of institutions. You'll be responsible for managing and growing this business base. At the same time, you will work closely with your Pfizer counterparts in other divisions to develop strategies to increase sales and better serve our customers.

Copyright © 2002-2005 Pfizer Inc. All rights reserved | Terms of Use

The product information provided in this site is intended only for residents of the United States. The products discussed herein may have different product labeling in different countries.

Pfizer Inc is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines




PLAINTIFF'S EXHIBIT B