**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Clerk of Court
    United States District Court
    450 Golden Gate Avenue
    P.O. Box 36060
    San Francisco, CA 94102

    2:05cv941
    2:05cv841    } mpl
    2:05cv832 } (trs+ order, entire files)

2. Article Number
   (Transfer from service label)    7005 1160 0001 2962 3533

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /MacRoss/    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MACROSS    3-17-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes